IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN R. LINDBURG,<br><br>    Plaintiff,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY,<br><br>    Defendant. | 8:23CV103<br><br>ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

  This case is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice, signed by counsel for each party. Filing 17. The parties stipulate to dismissal of this case with prejudice, with each party to bear its own costs and attorney's fees. Filing 17 at 1. Accordingly,

  IT IS ORDERED that the parties' Joint Stipulation of Dismissal with Prejudice, Filing 17, is granted, and this case is dismissed with prejudice, with each party to bear its own fees and costs.

  Dated this 7th day of August, 2024.

                    BY THE COURT:

                    _____
                    Brian C. Buescher
                    United States District Judge